No. 3034. LÓPEZ, APPELLEE, *v.* SOLER, APPELLANT.—District Court of Ponce. Decided March 20, 1924. On the ground of the opinion in the case of *Valenhoff* v. *Aponte,* 28 P. R. R. 338, the judgment was reversed, the plaintiff being granted 10 days within which to amend the complaint.

No. 3267. MONAGAS, ADMINISTRATOR, ETC., APPELLEE, *v.* RIVERA, DISTRICT MARSHAL, ET AL., APPELLANTS.—District Court of Mayagüez. Decided March 20, 1924. Holding that the questions raised may be more properly decided after hearing the case on its merits, the motion for dismissal was overruled.

No. 3202. HERNÁNDEZ, APPELLANT, *v.* SÁNCHEZ, APPELLEE. —First District Court of San Juan. Decided March 25, 1924. Considering that the district court acted correctly in concluding that the complaint did not state facts sufficient to constitute a cause of action, for although it was alleged therein that the two years agreed upon within which to pay the mortgage had not expired, that allegation does not necessarily mean that the obligation was not due, and the language of the complaint showing that demand was made in due form and that the plaintiff by his voluntary appearance submitted to the jurisdiction of the court, the judgment was affirmed.

No. 2894. GOFFINET ET AL., APPELLEES, *v.* POLANCO, APPELLANT—District Court of Humacao. Decided March 26, 1924. Affirmed on the grounds of the decision in *Goffinet et al.* v. *Polanco,* 30 P. R. R. 768.

No. 3115. CRESPO ET AL., APPELLEES, *v.* CRESPO ET AL., APPELLANTS.—District Court of Aguadilla. Decided March 26, 1924. The brief containing no assignment of errors and the transcript not being in accordance with the statute, the appeal was dismissed.